UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH R. STEWART, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:17-CV-3296-G (BK) |
| CITY OF IRVING, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge. The Taxing Authorities' motion to dismiss (docket entry 21), is **GRANTED** and plaintiffs' claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction. Furthermore, plaintiffs' emergency motion for injunction (docket entry 25) and petition for return of children (docket entry 26) are **DENIED** without prejudice. The remaining dispositive motions (docket entries 27, 30, and 33) are **DENIED AS MOOT**.

**SO ORDERED**.

July 2, 2018.

*/s/ A. Joe Fish*
**A. JOE FISH
Senior United States District Judge**