UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH R. STEWART, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-3296-G (BK) |
| CITY OF IRVING, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge, except as follows: in 2018, all of the plaintiff's claims were dismissed without prejudice (docket entry 37), not with prejudice, as the findings state.

As recommended by the Magistrate Judge, plaintiff Marco A. Montemayor's pleading titled motion for writ of mandamus (docket entry 56) is **DENIED**. Plaintiff Montemayor is also prohibited from filing additional pleadings in this cause without first obtaining leave of court to do so.

**SO ORDERED**.

September 10, 2019.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**